PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: William Shawndell McKinney    Case Number: 3:08-00264
Name of Judicial Officer: Honorable William J. Haynes Jr., Chief U.S. District Judge
Date of Original Sentence: February 22, 2010
Original Offense(s): 18 U.S.C. § 641, Theft of Government Property
Original Sentence: 5 months' halfway house; 3 years' supervised release
Type of Supervision: Supervised Release    Date Supervision Commenced: February 22, 2010
Assistant U.S. Attorney: Hilliard H. Hester, III    Defense Attorney: Kerry Haymaker

The Court orders:

☒ Allow offender to terminate supervised release, as scheduled, owing restitution *without prejudice to the United States's rights and remedies*
☐ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 9th day of October, 2012,
and made a part of the records in the above case.

William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Amanda M. Russell
U.S. Probation Officer

Place    Cookeville

Date     October 3, 2012

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall pay restitution jointly and severally with his co-defendant at a minimum monthly rate of 10 percent of his gross monthly income.** |

Mr. McKinney and his co-defendant were ordered to pay restitution in total of $35,786.78. He was to make payments at a rate of 10 percent of his gross monthly income per month. According to the most recent report from the U.S. District Court Clerk's office, Mr. McKinney has paid his $100 special assessment and $2,171.50 toward his restitution. His co-defendant committed suicide in August 2011, after already paying $1,200.00 toward his part of the restitution. Therefore, Mr. McKinney's outstanding restitution debt is $32,415.28. Mr. McKinney's term of supervision is scheduled to expire on February 21, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**
William Shawndell McKinney is employed in general construction and lives with his grandmother in Gordonsville, Tennessee. He began his term of supervised release on February 22, 2010, and he is due to terminate supervision on February 21, 2013.

While on supervision, Mr. McKinney has made irregular restitution payments. These payments were based on his financial ability. In addition to his restitution, he also has outstanding child support and other obligations to the state of Tennessee on which he is paying. He has maintained employment throughout his supervision and there have been no known violations of the conditions of his supervision. Mr. McKinney has expressed understanding that he will need to continue making restitution payments once his supervision has ended.

**U.S. Probation Officer Recommendation:**
It is recommended that Mr. McKinney be continued on supervised release and his supervision terminate, as scheduled, on February 21, 2013, with the understanding that he will continue to make restitution payments after supervision has ended.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer